AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting    (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Krieger, Marcia S. | U.S. District Court, Colorado | 09/14/2001 |

| 4. Title    (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)    U.S. Bankruptcy Judge | 5. Report Type (check type)    X   Nomination, Date   09/10/2001    ___ Initial    ___ Annual    ___ Final | 6. Reporting Period    01/01/2000 to 08/31/2001 |

| 7. Chambers or Office Address    U.S. Bankruptcy Court    721 Nineteenth Street, Rm. 543    Denver, CO  80202-2508 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.    Reviewing Officer _____ Date _____ |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

[ ] NONE  (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Officer; Board Member | Kenya Children Foundation |
| 2 | | |
| 3 | | |

## II. AGREEMENTS   (Reporting individual only; see pp. 14-16 of Instructions.)

[X] NONE  (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

[ ] NONE  (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2000 | LindWaldock & Co. | |
| 2 | 2000 | Self-employed (attorney) | |
| 3 | 2000 | University of Colorado School of Law - 1 semester as Adjunct Lecturer | $4,805.00 |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | [ ] NONE (No such reportable reimbursements.) | |
| 1 | National Conference of Bankruptcy Judges | Oct. 18-21, 2000, Boston, MA, Annual Conference (Transportation, meals and hotel accommodations). |
| 2 | National Conference of Bankruptcy Judges | April 5-8, 2001, Dallas, TX, Mid-year Conference (Transportation, meals and hotel accommodations). |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | [X] NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [X] NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Krieger, Marcia S. | 09/14/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Arapahoe Credit Union | A | Interest | K | T | | | | | |
| 2  Consolidated Federal Credit Union | A | Interest | J | T | | | | | |
| 3  First Nat'l Bank of Cook | | None | J | T | | | | | |
| 4  Centennial Gov't Trust - A.G. Edwards | B | Dividend | K | T | | | | | |
| 5  Colorado Insured Municipal Trust | A | Interest | J | T | | | | | |
| 6  Boeing Company - Common Stock | A | Dividend | | | Sold | 9/12 | J | A | |
| 7  Franklin Tax Free Trust | C | Dividend | K | T | | | | | |
| 8  Pfizer Inc. - Common stock | | | | | Sold | 8/23 | J | B | |
| 9  IRA/SEP | D | Dividend/ Int | M | T | | | | | |
| 10 -- Centennial Gov't Trust | | | | | | | | | |
| 11 -- Alliance Premier Growth Fund | | | | | Bought | 11/01 | J | | |
| 12 | | | | | Bought | 12/01 | J | | |
| 13 | | | | | Bought | 01/05 | J | | |
| 14 -- Delaware Group Trend Fund - Class C | | | | | Bought | 11/01 | J | | |
| 15 | | | | | Bought | 12/01 | J | | |
| 16 | | | | | Bought | 01/05 | J | | |
| 17 -- Liberty Funds Trust I - Class C | | | | | Bought | 11/01 | J | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 | | | | | Bought | 12/01 | J | | |
| 19 | | | | | Bought | 01/05 | J | | |
| 20 | | | | | Div/Reinvest | 01/19 | J | | |
| 21 | | | | | Div/Reinvest | 02/20 | J | | |
| 22 | | | | | Div/Reinvest | 03/20 | J | | |
| 23 | | | | | Div/Reinvest | 04/20 | J | | |
| 24 | | | | | Div/Reinvest | 05/31 | J | | |
| 25 | | | | | Div/Reinvest | 06/29 | J | | |
| 26 | | | | | Div/Reinvest | 07/31 | J | | |
| 27 -- Liberty Funds Trust III - Class C | | | | | Bought | 11/01 | J | | |
| 28 | | | | | Bought | 12/01 | J | | |
| 29 -- Lord Abbett Mid Cap Fund - Class C | | | | | Bought | 12/01 | J | | |
| 30 | | | | | Bought | 01/05 | J | | |
| 31 | | | | | Div/Reinvest | 01/23 | J | | |
| 32 -- Lord Abbett Aff Fd Inc - Class C | | | | | Bought | 11/01 | J | | |
| 33 | | | | | Bought | 01/05 | J | | |
| 34 | | | | | Div/Reinvest | 02/14 | J | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 | | | | | Div/Reinvest | 08/21 | J | | |
| 36  -- Nations Fund, Inc. I'l value Fund INV - Class C | | | | | Bought | 11/01 | J | | |
| 37 | | | | | Bought | 12/01 | J | | |
| 38 | | | | | Bought | 01/05 | J | | |
| 39 | | | | | Div/Reinvest | 05/18 | J | | |
| 40  -- Oppenheimer Term Gov and Fd - Class C | | | | | Bought | 11/01 | J | | |
| 41 | | | | | Bought | 12/01 | J | | |
| 42 | | | | | Bought | 01/05 | J | | |
| 43 | | | | | Div/Reinvest | 01/31 | J | | |
| 44 | | | | | Div/Reinvest | 02/25 | J | | |
| 45 | | | | | Div/Reinvest | 03/30 | J | | |
| 46 | | | | | Div/Reinvest | 04/30 | J | | |
| 47 | | | | | Div/Reinvest | 05/31 | J | | |
| 48 | | | | | Div/Reinvest | 06/29 | J | | |
| 49 | | | | | Div/Reinvest | 07/31 | J | | |
| 50  -- Pimco Funds Pac Invt - Class C | | | | | Bought | 11/01 | J | | |
| 51 | | | | | Bought | 12/01 | J | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 | | | | | Bought | 01/05 | J | | |
| 53 | | | | | Div/Reinvest | 01/31 | J | | |
| 54 | | | | | Div/Reinvest | 02/28 | J | | |
| 55 | | | | | Div/Reinvest | 03/30 | J | | |
| 56 | | | | | Div/Reinvest | 04/30 | J | | |
| 57 | | | | | Div/Reinvest | 05/31 | J | | |
| 58 | | | | | Div/Reinvest | 06/29 | J | | |
| 59 | | | | | Div/Reinvest | 07/31 | J | | |
| 60 -- Pioneer Emerging Mkts - Class C | | | | | Bought | 11/01 | J | | |
| 61 | | | | | Bought | 12/01 | J | | |
| 62 | | | | | Bought | 01/05 | J | | |
| 63 -- Putnam I'l Growth Fd | | | | | Bought | 11/01 | J | | |
| 64 | | | | | Bought | 12/01 | J | | |
| 65 | | | | | Bought | 01/05 | J | | |
| 66 -- LaSalle Bank CD | | | | | | | | | |
| 67 -- Standard Federal Bank CD | | | | | | | | | |
| 68 | | | | | Redemption | 05/23 | K | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krieger, Marcia S. | 09/14/2001 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-34 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  American Century Prime Money Market | 8 | Dividend | J | T | | | | | |
| 70  Rental Property, St. Louis County, MN | C | Rent | M | W | | | | | |
| 71  Lien on former spouse's residence | | None | J | T | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Krieger, Marcia S. | 09/14/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

VIII. No. 9 prior report -- no longer meets minimum requirements.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Krieger, Marcia S. | 09/14/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

VIII. No. 9 prior report -- no longer meets minimum requirements.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Marcia S. Krieger_      Date _9/14/01_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 23,270.00 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | |
| Listed securities-add schedule | 319,000.00 | Notes payable to relatives | |
| Unlisted securities--add schedule | | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | 10,000.00 | Unpaid income tax | |
| Due from others | 2,900.00 | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule | 90,000.00 |
| Real estate owned-add schedule | 490,000.00 | Chattel mortgages and other liens payable | 18,000.00 |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | 84,500.00 | Revolving debt | 10,300.00 |
| Cash value-life insurance | | | |
| Other assets itemize: | | | |
| | | | |
| | | | |
| | | Total liabilities | 118,300.00 |
| | | Net Worth | 811,370.00 |
| Total Assets | 929,670.00 | Total liabilities and net worth | 929,670.00 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | -0- | Are any assets pledged? (Add schedule) | 1 vehicle |
| On leases or contracts | -0- | Are you defendant in any suits or legal actions? | No |
| Legal Claims | -0- | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | -0- | | |
| Other special debt | -0- | | |